**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 17-cv-1007-WJM

WILLIAM SEMPLE, individually;
THE COALITION FOR COLORADO UNIVERSAL HEALTH CARE, a/k/a COOPERATE COLORADO, a not-for-profit corporation;
COLORADOCAREYES, a Colorado not-for-profit corporation; and
DANIEL HAYES, individually,

    Plaintiffs,

v.

WAYNE W. WILLIAMS, in his official capacity as Secretary of State of Colorado,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Making Absolute Order To Show Cause, entered by the Honorable William J. Martínez, United States District Judge, on March 27, 2018, it is

ORDERED that the Court's Order to Show Cause (ECF No. 18) is MADE ABSOLUTE.   It is

FURTHER ORDERED that the State of Colorado, its officers, agents, servants, employees, attorneys, and any other person or entity in active concert or participation with any of the foregoing, are PERMANENTLY ENJOINED from enforcing Colo. Const. art. V, § 1(2.5).   It is

FURTHER ORDERED that Final Judgment is entered in favor of Plaintiffs and

against Defendant, and this case is terminated.   It is

    FURTHER ORDERED that Plaintiffs shall have their costs upon compliance with D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 27th day of March, 2018.

| APPROVED BY THE COURT: | FOR THE COURT: |
|---|---|
| | JEFFREY P. COLWELL, CLERK |
| _[signature]_ | By: s/Deborah Hansen |
| Judge William J. Martínez | Deborah Hansen, Deputy Clerk |